leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See *ante*, p. 636.]

Patrick J. Keane, Respondent, v. Gotham Silk Hosiery Co., Inc., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Maude Kiersted, Appellant, v. Stefano Lopiccolo and Others, Defendants. Manufacturers Trust Company, Respondent.— Motion to resettle order of May 18, 1934, granted. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting. Settle order on notice. [See 241 App. Div. 881.]

Kings County Trust Company, Respondent, v. Martin Derx and Others, Defendants; Charles A. Gomer, as Sole Executor, etc., of Augusta Gomer, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

Herbert S. Klein, Executor of the Estate of Charlotte Kopp, Deceased, Appellant, v. Michael Oakley, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Plaintiff's time to reply to the counterclaim is extended for ten days from service of a copy of the order herein. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Marantha Knapp, as Administratrix, etc., of Joseph V. Knapp, Deceased, Respondent, v. The New Jersey and New York Railroad Company,.Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Nathan Kogut, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

William L. Mantha Co., Inc., Appellant, v. Minnie Alice De Graff and Another, as Executors, etc., of William Westerbeke, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Joseph B. McDonagh, Respondent, v. John M. Barrett, Appellant, and Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Marion McDonagh, Respondent, v. John M. Barrett, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.